COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

OBED RADAI ENRIQUEZ,  §  No. 08-18-00169-CR

Appellant,  §  Appeal from the

v.  §  Criminal District Court No. 1

THE STATE OF TEXAS,  §  of El Paso County, Texas

State.  §  (TC# 20180D01312)

§

## **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **October 7, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE 'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before October 7, 2019.

IT IS SO ORDERED this 21st day of August, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.